CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

April 30, 2026

LAURA A. AUSTIN, CLERK
BY:
s/A. Beeson
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

### NOTICE TO PARTIES OF RIGHT TO CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE

JACK THOMAS, JR.

**Plaintiff(s)**

**DATE:** 04/30/2026

**v.**

J. ADAMS, ET AL.

**CIVIL ACTION NO.** 7:25CV00109

**Defendant(s)**

*Notice*. In accordance with the provisions of 28 U.S.C. § 636(c), and Federal Rule of Civil Procedure 73, you are hereby notified that a United States Magistrate Judge of this court is available to conduct all proceeding in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States Court of Appeals for the Fourth Circuit, like any other judgment of this court. A Magistrate Judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case transferred to a Magistrate Judge, or you may withhold your consent without adverse substantive consequences. The name(s) of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent.* The following parties consent to have a United States Magistrate Judge conduct all proceedings in this case including any trial, the entry of final judgment, and all post-trial proceedings.

*You should only sign and return this form to the Clerk's Office if you choose to consent this action to a magistrate judge's exercise of jurisdiction over this case*

**Signature:**

*s/D. Patricia Wallace*

**Printed Name:**

D. Patricia Wallace

**Date:**

04/30/2026

**Counsel for:**

J. Adams, P. Parson, & D. Melton

Approved e-filers may return this form by e-mailing it to vawd_consents@vawd.uscourts.gov. All others must mail the paper form directly to the Clerk's Office.

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA

### NOTICE TO PARTIES OF RIGHT TO CONSENT TO
### JURISDICTION OF UNITED STATES MAGISTRATE JUDGE

*Jack Thomas, Jr.*

**Plaintiff(s)/Petitioner(s)**

CASE NO. _7:25-CV-00109_

v.

*J. Adams; P. Parson; D. Melton*

**Defendant(s)/Respondent(s)**

*Notice.* In accordance with the provisions of 28 U.S.C. § 636(c), and Federal Rule of Civil Procedure 73, you are hereby notified that a United States Magistrate Judge of this court is available to conduct all proceeding in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States Court of Appeals for the Fourth Circuit, like any other judgment of this court. A Magistrate Judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case transferred to a Magistrate Judge, or you may withhold your consent without adverse substantive consequences. The name(s) of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent.* The following parties consent to have a United States Magistrate Judge conduct all proceedings in this case including any trial, the entry of final judgment, and all post-trial proceedings.

*You should only sign and return this form to the Clerk's Office if you choose to consent this action to a magistrate judge's exercise of jurisdiction over this case*

Signature: _____ Printed Name: _Jack Thomas, Jr._ Date: _2/26/2026_

**Counsel for:**

Approved e-filers may return this form by e-mailing it to vawd_consents@vawd.uscourts.gov.
All others must mail the paper form directly to the Clerk's Office