**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**Roanoke Division**

**JACK THOMAS, Jr.**

      **Plaintiff,**

**v.**                                                      **Case No.: 7:25-cv-00109**

**CHADWICK DOTSON, et al.**

      **Defendants.**

## MOTION FOR SUBSTITUTION OF COUNSEL

Defendants J. Adams, P. Parson, and D. Melton respectfully move this Court to substitute Laura Maughan of the law firm of Sands Anderson PC as counsel for J. Adams, P. Parson, and D. Melton in this matter in place of Dorothy Wallace. Current contact information for the undersigned is as follows:

> Laura Maughan, Esq. VSB #87798
> Sands Anderson PC
> 919 East Main Street, Suite 2300 (23219)
> P.O. Box 1998
> Richmond, VA  23218-1998
> Telephone:  (804) 648-1636
> Facsimile:  (804) 783-7291
> lmaughan@sandsanderson.com

Respectfully submitted,

**J. ADAMS**
**P. PARSON**
**D. MELTON**

By Counsel

_____/s/ Laura Maughan_____
Laura Maughan, Esq. VSB #87798
Sands Anderson PC
919 East Main Street, Suite 2300 (23219)
P.O. Box 1998
Richmond, VA  23218-1998
Telephone:  (804) 648-1636
Facsimile:  (804) 783-7291
lmaughan@sandsanderson.com
*Counsel for J. Adams, P. Parson*
*And D. Melton*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of May 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all CM/ECF users.

I further certify that I will mail the document by U.S. mail to the following non-filing user:

Jack Thomas, Jr., #1044009
VDOC Centralized Mail Dist. Center
3521 Woods Way
State Farm, VA  23160
*Plaintiff, pro-se*

_____/s/ Laura Maughan_____
Laura Maughan, VSB #87798
Sands Anderson, PC

2